UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WARR,<br><br>          Plaintiff,<br><br>    v.<br><br>CATES,<br><br>          Defendant. | Case No.: 1:20-cv-01091-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S COMPLAINT FOR LACK OF SIGNATURE, DIRECTING CLERK TO SEND PLAINTIFF A BLANK CIVIL RIGHTS COMPLAINT FORM, AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(ECF No. 1) |

      Plaintiff Calvin Warr is proceeding *pro se* and *in forms pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the instant action on August 6, 2020. (ECF No. 1.) However, a review of Plaintiff's complaint reveals that Plaintiff did not sign the complaint under penalty of perjury. All filings submitted to the Court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). The court cannot consider unsigned filings and the complaint shall be stricken from the record for that reason. Fed. R. Civ. P. 11; E.D. Cal. R. 131.  Therefore, Plaintiff must file an amended complaint bearing his original signature, or the undersigned will recommend dismissal of the action.

      If Plaintiff choses to file an amended complaint, he is advised Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading.

As a general rule, an amended complaint supersedes the original complaint. See <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir.1967). Once an amended complaint is filed, the original complaint no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. The amended complaint should be clearly and boldly titled "FIRST AMENDED COMPLAINT," refer to the appropriate case number, and be an original signed under penalty of perjury.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a section 1983 civil rights complaint form;
2. Within thirty (30) days from the date of service of this order, plaintiff must file an amended complaint bearing plaintiff's original signature, signed under penalty of perjury;
3. Plaintiff shall caption the amended complaint "First Amended Complaint" and refer to the case number 1:20–cv–01091–SAB–PC; and
4. If Plaintiff fails to comply with this order, the Court will recommend the action be dismissed in its entirety.

IT IS SO ORDERED.

Dated: **September 22, 2020**

UNITED STATES MAGISTRATE JUDGE

2