UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATES,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-01091-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 7) |

　　　　Plaintiff Calvin Warr is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 22, 2020, the Court issued an order striking Plaintiff's complaint because it was not signed under penalty of perjury, and Plaintiff was directed to file an amended complaint within thirty days. (ECF No. 7.) Plaintiff has not filed an amended complaint and the time to do so has expired. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed. <u>Plaintiff is warned that failure to comply with</u>

///

///

///

1

this order will result in a recommendation to a District Judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   **November 2, 2020**

UNITED STATES MAGISTRATE JUDGE