UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATES,<br><br>　　　　　Defendant. | No.: 1:20-cv-01091-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Doc. No. 10) |

　　　　Plaintiff Calvin Warr is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 1, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to comply with a court order and failure to prosecute.  (Doc. No. 10.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id*. at 3.)  To date, no objections to the pending findings and recommendations have been filed with the court, and the time for doing so has expired.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 1, 2020 (Doc. No. 10) are adopted in full; and
2. This action is dismissed for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **January 11, 2021**

UNITED STATES DISTRICT JUDGE